UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    LIAQUAT CHEEMA, ET AL.,
                              Defendants.
------------------------------------------------------------X

22 Cr. 615 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the status conference currently scheduled for November 13, 2023, is adjourned to **February 12, 2024, at 10:30 a.m.**

Dated: November 7, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**