

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2024

Application **GRANTED**. The Government shall file its response by **February 9, 2024**. Defendant Liaquat Cheema's reply shall be filed by **March 1, 2024**. The Clerk of the Court is respectfully directed to terminate the letter motion at Dkt. No. 73.

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dated: January 10, 2024
 New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: *United States v. Cheema et al*, 22 Cr. 615 (LGS)

Dear Judge Schofield:

      The Government respectfully writes on behalf of the Government and defendant Liaquat Cheema to request a further extension of the motion schedule to allow for continued plea discussions. As the Court is aware, defense motions in this case were due on November 3, 2023. (*See* Dkt. 68). Of the five defendants charged in this case, only defendant Liaquat Cheema filed a motion. (*See* Dkt. 69). The Government's response to defendant Liaquat Cheema's motion was initially due on December 22, 2023, but was extended by the Court to January 19, 2024, at the parties' request. The Government and defendant Liaquat Cheema have engaged in extensive discussions concerning a potential pretrial resolution, and the Government has extended a written plea offer. The parties currently expect that defendant Liaquat Cheema will accept the offer but are working on a finalizing a few details of the anticipated guilty plea. Assuming defendant Liaquat Cheema enters a guilty plea, the parties continue to believe that the Government will not need to respond to the pending motion, and the Court will not need to address it. The Government and defendant Liaquat Cheema respectfully request that the Court adjust the briefing schedule to allow for continuation and anticipated completion of the ongoing plea discussions. Accordingly, the Government and defendant Liaquat Cheema respectfully request that the Government's response be due on February 9, 2024, and defendant Liaquat Cheema's reply be due on March 1, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:     /s/
      Timothy V. Capozzi
      Assistant United States Attorney
      (212) 637-2404

cc:    Defense Counsel (by ECF)