*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2024

> Application Granted. The change of plea hearing is referred to the magistrate judge on duty. The parties shall promptly schedule a hearing. Defendant's Motion to Suppress (Dkt. No. 69) is DENIED as moot. The Clerk of the Court is directed to terminate the motions at docket numbers 69 and 77,
>
> Dated: January 29, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Cheema et al*, 22 Cr. 615 (LGS)

Dear Judge Schofield:

The Government respectfully writes on behalf of the Government and defendant Liaquat Cheema to request that the Court schedule a hearing at which defendant Liaquat Cheema is anticipated to enter a guilty plea. The parties request that the Court schedule the hearing for February 8, 2024, or a convenient date thereafter. Alternatively, if the Court would prefer, the parties are willing to proceed with the plea hearing in Magistrate's Court. In addition, in light of the anticipated guilty plea, the parties request that the briefing schedule on defendant Liaquat Cheema's pending motion, (Dkt. 69), be adjourned *sine die*.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc:    Defense Counsel (by ECF)