UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                  22 Cr. 615-01 (LGS)

              -against-

                                                  SCHEDULING ORDER

    LIAQUAT CHEEMA,
                                  Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Liaquat Cheema's sentencing hearing will be held on **July 8, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **June 17, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **June 20, 2024.**

Dated: March 12, 2024
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**