

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2024

> Application DENIED.  The Court will set a firm trial date at the March 25, 2024, conference.  The Clerk of the Court is directed to terminate the letter motion at docket number 91.
>
> Dated: March 20, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Cheema et al*, 22 Cr. 615 (LGS)

Dear Judge Schofield:

    The Government writes on behalf of the parties to respectfully request an approximately 60-day adjournment of the conference in this case currently scheduled for March 25, 2024.  As the Court is aware, defendant Liaquat Cheema recently entered a guilty plea in this case.  The Government is actively engaged in plea discussions with several of the other defendants.  The adjournment requested herein will allow continuation of plea discussions and additional time for review of the substantial discovery in this case.  The parties further request that the Court exclude time under the Speedy Trial Act between March 25, 2024, and the conference date set by the Court.  The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).  An exclusion is warranted to allow additional time for the defendants to review discovery, and for the parties to engage in discussions of potential pretrial resolutions of this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:        /s/
    Timothy V. Capozzi
    Assistant United States Attorney
    (212) 637-2404

cc:    Defense Counsel (by email)