UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                             22 Cr. 615-01 (LGS)

                 -against-

                                                             <u>ORDER</u>

    LIAQUAT CHEEMA,
                                   Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 10, 2025, is adjourned to **March 17, 2025, at 11:00 a.m.** due to a conflict in the Court's calendar.

Dated: February 3, 2025
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE