# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

**RONALD RUBINSTEIN**
**JOSEPH R. COROZZO**

**ANGELA D. LIPSMAN (NY; NJ)**

Of Counsel:
MARSHALL A. MINTZ

March 18, 2025

**Application Granted.** Defendant Cheema's sentencing hearing currently scheduled for March 24, 2025, is adjourned to **July 1, 2025, at 11:00 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 172.

Dated: March 20, 2025
New York. New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Cheema et al,
22 Cr. 615 (LGS)

Dear Judge Schofield:

I represent Defendant Liaquat Cheema ("Cheema") in this action. I write to respectfully request an adjournment of Mr. Cheema's sentencing. Currently, Mr. Cheema's sentencing is scheduled for March 24, 2025 at 11:00 a.m.

Pursuant to the Plea Agreement, Mr. Cheema is required to make a forfeiture payment of $ 2,500,000 on or before his sentencing date. With the consent of the Government, Mr. Cheema has been selling off properties in order to satisfy this obligation. To that end, a closing is scheduled for May 15, 2025 for a property that Mr. Cheema is liquidating. We anticipate that Mr. Cheema will be able to satisfy this forfeiture obligation from a combination of the proceeds from that sale and funds that are already held in my escrow account from the liquidation of other property.

Wherefore, I am respectfully requesting that Mr. Cheema's sentencing be adjourned to any date after the scheduled closing date at the Court's convenience. I have spoken with Assistant United States Attorney Timothy Capozzi, and the Government has no objection to this adjournment request. The Court has granted all of Mr. Cheema's four previous requests for a sentencing adjournment.

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.

RUBINSTEIN & COROZZO, LLP

cc: Assistant United States Attorney Timothy Capozzi (via ECF)