UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :    22 Cr. 615-01 (LGS)
          -against-                                           :
                                                              :    ORDER
LIAQUAT CHEEMA,                                               :
                                        Defendant.            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing previously scheduled for July 1, 2025, is adjourned to **August 19, 2025, at 2:15 p.m.**

Dated: July 2, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE