UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

LIAQUAT CHEEMA

[Proposed]
**Order of Restitution**

22 Cr. 615 (LGS)

---

Upon the application of the United States of America, by its attorney, Edward Y. Kim, Acting United States Attorney for the Southern District of New York, Timothy V. Capozzi, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Liaquat Cheema, the defendant, shall pay restitution in the amount of $3,204,811.39, pursuant to 18 U.S.C. § 3663A(a)(1), to the New York City Department of Investigation, which is the victim of the offense charged in Count One. Liaquat Cheema, the defendant, shall also pay restitution in the amount of $63,000, pursuant to 18 U.S.C. § 3663A(a)(3), to the New York State Department of Health. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

    A. **Joint and Several Liability**

The defendant's obligation to pay $3,204,811.39 in restitution to the New York City Department of Investigation is joint and several with the following defendants in the following cases: Irfan Bajwa, S1 22 Cr. 615 (LGS); Shouket Chudhary, S3 22 Cr. 615 (LGS); Khizar Hayat,

S2 22 Cr. 615 (LGS). The defendant's liability to pay this restitution amount shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the New York City Department of Investigation has recovered the total amount of its loss from the restitution paid by the defendant and all co-defendants ordered to pay the New York City Department of Investigation.

The defendant's obligation to pay $63,000 in restitution to the New York State Department of Health is not joint and several with other defendants or with others not named herein.

### B.    Apportionment Among Victims

Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment. In the interest of justice, however, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid

amount remaining upon release from prison will be paid in installments of at least 15% percent of the defendant's gross income on the 15th of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

3. **Payment Instructions**

The defendant shall make restitution payments to the Clerk of Court by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____      9-16-25
HONORABLE LORNA G. SCHOFIELD     DATE
UNITED STATES DISTRICT JUDGE