# RUBINSTEIN & COROZZO, LLP

### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO
—————

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

November 24, 2025

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. Pretrial Services is directed to release Mr. Cheema's passport to his counsel. The Clerk of the Court is directed to terminate the letter motion at docket number 225.

Dated: December 2, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Cheema et al,
22 Cr. 615 (LGS)

Dear Judge Schofield:

I represent Defendant Liaquat Cheema ("Cheema") in this action. As a condition of his pretrial release, Mr. Cheema's passport was surrendered to the U.S. Pretrial Services Office. Mr. Cheema is currently serving his sentence at Otisville FCI.

I write to respectfully request an Order directing the U.S. Pretrial Services Office to release Mr. Cheema's passport.

I have conferred with the U.S. Attorney's Office, and the Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.

cc:    A.U.S.A. Timothy Capozzi (via ECF)